1110

No. 82–5341.   JOHNSON v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–5350.   SMITH v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 82–5356.   UNITED STATES EX REL. BASSETT v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir.   Certiorari denied.

No. 82–5371.   LEMM ET AL. v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 82–5374.   OWENS v. MARKS.   C. A. 3d Cir.   Certiorari denied.

No. 82–5395.   LANGONE v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 82–5408.   GANTT v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Fla. Certiorari denied.

No. 82–5411.   WILLIAMS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–5418.   MACIAS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 82–5426.   PAYNE v. COUGHLIN ET AL.   C. A. 2d Cir. Certiorari denied.

No. 82–5428.   ROGERS v. MCMULLEN, SUPERINTENDENT, DESOTO CORRECTIONAL INSTITUTION.   C. A. 11th Cir. Certiorari denied.

No. 82–5434.   REGGIE v. ZIMMERMAN.   Sup. Ct. Pa. Certiorari denied.